IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRITTANY CRAIG and**                                                                   **PLAINTIFFS**
**KAYLEE CATHCART**

v.                      **CASE NO. 4:22-CV-00870-BSM**

**TERRY FLEMING**                                                                    **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice until January 5, 2025, at which time the case is dismissed with prejudice unless the parties provide notice that the settlement has not been completed.

IT IS SO ORDERED this 6th day of December, 2024.

_____
UNITED STATES DISTRICT JUDGE